## THE SWEDESBORO NATIONAL BANK

*v.*

### JOHN C. RICHMAN .et al.

[Decided February 9th, 1922.]

On appeal from chancery advised by Vice-Chancellor Backes, whose opinion is reported in *92 N. J. Eq. 346*.

*Mr. James Mercer Davis,* for the complainant.

*Mr. Joseph J. Summerill,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed. by Vice-Chancellor Backes in the court below.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK—13.

*For reversal*—None.